EXHIBIT A

Shimshon Wexler
1003 Briarvista Way
Atlanta, Georgia 30329
Tel (212)760-2400
Fax (917)512-6132
shimshonwexler@yahoo.com

Redacted

July 1st, 2014

Re: **Discover Financial Svcs LLC 601100228067xxxx**
**Report Number: 0375-2280-77**
**Discover Account is settled in full for less than the full balance**

**Multiple Requests!!!!!**

Via Certified Mail Return Receipt Requested

Dear Experian:

Please update my credit report to show that the Discover Account has a zero balance as I settled the account. I have previously disputed the debt with you and in your June 20th, 2014 letter you refused to remove this account yet again. I have enclosed that letter. I also enclose as proof that the account has been settled, the fax from Discover offering to settle the account for $1,100 and my cancelled check for $1,100.

In repetition, I have enclosed the following:

1- The 2 page letter dated June 20th, 2014 from you refusing to delete this Discover account;

2- The 3 page fax from Discover card dated March 25th, 2014 offering a settlement in full of this account for $1,100;

3- Lastly, I have enclosed a copy of my check number 1484 for $1,100 from my Wells Fargo account which shows that it posted on 3/28/2014.

Thank you,

Shimshon Wexler



**Experian**
A world of insight

PO Box 9701
Allen, TX 75013

0001863 01 AB 0.403 **AUTO T1 0 7147 30329-362803  -C01-P01864-I
SHIMSHON ELIOT WEXLER
1003 BRIARVISTA WAY NE
ATLANTA GA  30329-3628

Prepared for: SHIMSHON ELIOT WEXLER
Date: **June 20, 2014**
Report number: **0375-2280-77**

Page 1 of 2

Dear SHIMSHON ELIOT WEXLER

We are responding to your request to verify item(s) on your personal credit report. We have already investigated this information and the credit grantor has verified its accuracy. Please refer to the personal credit report you received for the name, address, and phone number (if available) of the credit grantor who verified this information. Pursuant to Section 611(a)(3)(A) of the Fair Credit Reporting Act, we will not be investigating your dispute again at this time. If you still believe the item is inaccurate, then we can add a statement of continued dispute to your personal credit report at your request, or you may wish to contact the credit grantor directly to resolve your issue. If you have additional relevant information (anything new that has occurred between you and the credit grantor or courts that should result in a change to the information appearing on your credit report, such as a letter from the creditor, a cancelled check or money order, billing statement, contact name of the credit grantor, letter from the IRS, proof from a court or county reporter, proof that bankruptcy was dismissed or discharged, etc.), that was not presented when you previously disputed the information, you may mail it to us and we will reinvestigate your claim. You may also submit such supporting documentation electronically at experian.com/upload. Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing. Potentially negative information, such as missed or late payments, and most public record items remain on the credit report for seven years, with the exception of Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which remain for 10 years.

When you question information on your personal credit report and tell us specifically why you believe the information is inaccurate or incomplete, we contact the source of the information through an automated verification system or letter. We ask the source to check their records to verify all of the information regarding the item you questioned, and report back within 30 days of the date that we received your request (21 days for Maine residents and 45 days for investigation of information on an annual free credit report). Once we receive the response, we will send you the results of the investigation. If we do not receive a response within the required investigation period, we will update the item as you have requested or delete the information, and send you the results. Should you need to contact us again, please be sure to reference the Report Number at the top of this letter. To check the status of your investigation, you may log on to www.experian.com/status.

Scan me with your smart phone
for special offers from Experian.

0517061087

7147-01-00-0001863-0001-0003213



:·:·Experian

Prepared for: **SHIMSHON ELIOT WEXLER**
Date: **June 20, 2014**
Report number: **0375-2280-77**

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting company's role in the dispute process is to investigate information to determine the accuracy and completeness of any disputed item by contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting company must offer to include a consumer statement on the personal credit report. The Consumer Financial Protection Bureau (the government agency charged with enforcement of the FCRA) does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc.; nor does it require that consumer credit reporting companies act as mediators or negotiators in account disputes.

Unless you send us relevant information to support your claim, we will not investigate this information again and you will not receive this notice again regarding this particular dispute.

DISCOVER FINANCIAL SVCS LLC
6011002280067....

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

0517061087

Page 2 of 2

# DISC●VER

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Spencer Wexler | Charles H Jones |
| | **DATE:** |
| | 3/25/2014 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES, INCLUDING COVER:** |
| 917-512-6132 | 3 |
| **PHONE NUMBER** | |
| 1-800-347-3122 ext. 5225 | |
| **RE:** | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

## CONFIDENTIALITY DISCLOSURE

This attached material is intended for the use of the individual or institution to which this facsimile is addressed and may not be distributed, copied or disclosed to other unauthorized persons. This material may contain confidential or personal information, which may be subject to the provisions of the Freedom of Information and Protection of Privacy Act. If you receive this transmission in error, please notify us immediately by telephone and destroy the original transmission. Thank you for your cooperation and assistance.


# DISCOVER

P. O. Box 3025
New Albany, OH 43054-3025

March 25, 2014

Spencer Wexler
P O Box 250870
New York, NY 10025-1507

Discover® Card account ending in: 8889
Balance: $17,137.74

Dear Mr. Wexler:

We have been authorized to offer you the opportunity to settle your account.

A settlement on your current balance has been approved. The one time payment of $1,100.00 must post to your account March 31, 2014.

The failure to meet any agreed upon payment that is part of this settlement by the payment due date will cause the settlement to be null and void and will result in the entire remaining account balance becoming due immediately.

In addition there may be certain tax consequences. Whenever $600 or more is forgiven as a result of settling a debt for less than the balance owed, the creditor may be required to report the amount forgiven to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences we encourage you to consult your legal or tax advisor.

Once the payment clears the bank account, we will consider this account settled for less than the full balance.

Remit overnight payment to:   Discover Card
                              2100 W Corporate Dr. Suite A
                              Addison, IL 60101-1446

If you have further questions, please contact our office at 1-800-347-3122 between the hours of 8:00am and 5:00pm EST Monday through Friday.

Sincerely,

C Jones
Lead Collector
Discover Card

This is an attempt to collect a debt and any information obtained may be used for that purpose.

30A

# DISC●VER

WE ARE REQUIRED BY LAW TO GIVE YOU THE FOLLOWING INFORMATION ABOUT THIS DEBT. The
legal time limit (statute of limitations) for suing you to collect this debt has expired. However, if somebody sues you anyway
to try to make you pay this debt, court rules REQUIRE you to tell the court that the statute of limitations has expired to
prevent the creditor from obtaining a judgment. Even though the statute of limitations has expired, you may CHOOSE to
make payments. However, BE AWARE: if you make a payment, the creditor's right to sue you to make you pay the entire debt may START AGAIN.

30A



**Wells Fargo Business Online®**

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1484 | 03/28/14 | $1,100.00 | BUSINESS CHK XXXXXXXX9819 |

LAW OFFICES OF SHIMSHON WEXLER
PO BOX 250870
NEW YORK, NY 10025-5026
PH. 212-760-2400

Date: 3-26-14
Check #: 1484

Pay to the Order of: Discover Card    $1,100.00

One Thousand One Hundred xx/xx Dollars

"Cashing this check constitutes settlement in full "Spencer Wexler" Alleged Balance -$17,137.74

For: 6011 0022 8067 8889

⑆026012881⑆ 20000527398190 ⑈1484

JPMorgan Chase Bank, N.A.
As Agent For Discover
811087923

0085 96 00000249 032814 3

⌂ Equal Housing Lender
© 1995 - 2014 Wells Fargo. All rights reserved.