# EXHIBIT B

# Experian
A world of insight

Prepared for: **SHIMSHON ELIOT WEXLER**
Date: **July 10, 2014**
Report number: **0376-3672-80**

## Dear SHIMSHON ELIOT WEXLER

We have reviewed the documentation you provided with your dispute, but have determined that we are not able to use it to make the changes or deletions you requested. We are contacting the furnisher of the information or the vendor who collected the information from a public record source. When we complete our processing of your dispute, which may take up to 30 days (or up to 45 days for a dispute of information in an annual free credit report), we will send you the results.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

Scan me with your smart phone for special offers from Experian.

0001352 01 AB 0.403 **AUTO T8 0 7164 30329-362803  -C01-P013534

SHIMSHON ELIOT WEXLER
1003 BRIARVISTA WAY NE
ATLANTA GA 30329-3628



PO Box 9701
Allen, TX 75013

0517061087