IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER,<br><br>      Plaintiff,<br><br>v.<br><br>DFS SERVICES, LLC; DISCOVER FINANCIAL SERVICES, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO. 1:14-cv-02450-WSD-WEJ |

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS DFS
SERVICES, LLC AND DISCOVER FINANCIAL SERVICES, INC.
TO RESPOND TO PLAINTIFF'S COMPLAINT

For the good cause shown, the Court hereby GRANTS the Consent Motion to Extend Time for Defendants DFS Services, LLC and Discover Financial Services, Inc. to Respond to Plaintiff's Complaint.

IT IS HEREBY ORDERED that the time within which Defendants DFS Services, LLC and Discover Financial Services, Inc., may answer, object, plead, move or otherwise respond to the Complaint is extended to and including September 4, 2014.

**SO ORDERED**, this 25th day of August, 2014.

_/s/ Walter E. Johnson_
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE