

*Shimshon Wexler*
*1411 Dalewood Dr.*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

August 26th, 2014

VIA Regular Mail
Richard B. Russell Federal Building and Courthouse
Attention: Clerk's Office
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361

RE:   Wexler v Discover et al., N.D.GA. (Atlanta Division) Case No. 1:14-cv-02450-WSD-WEJ

Dear Clerk's Office:

I have moved and changed my address. My telephone number, fax number and email address remain the same. Please file the enclosed Notice of Change of Address.

Please call me with any questions or concerns.

Thank you,

Shimshon Wexler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

-----------------------------------------------------------------X

SHIMSHON WEXLER

                Plaintiff,                            Case 1:14-cv-02450-WSD-WEJ

v.

DFS SERVICES, LLC;
DISCOVER FINANCIAL SERVICES, Inc. and
EXPERIAN INFORMATION SOUTIONS, Inc.

                Defendants.

-----------------------------------------------------------------X

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 27 2014

JAMES N. HATTEN, CLERK
By: J. Branon, Deputy Clerk

## NOTICE OF CHANGE OF ADDRESS

I, Shimshon Wexler, *Pro Se Plaintiff*, have changed my address. My new address is:

        Shimshon Wexler
        1411 Dalewood Dr.
        Atlanta, GA 30329

My telephone number, fax number and email address remain the same.

Dated: August 26, 2014 in Atlanta, GA.

                                      Respectfully Submitted,

                                      Shimshon Wexler
                                      1411 Dalewood Dr.
                                      Atlanta, GA 30329
                                      (212) 760-2400
                                      (917) 512-6132 fax
                                      shimshonwexler@yahoo.com