IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DFS SERVICES, LLC; DISCOVER FINANCIAL SERVICES, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br>NO. 1:14-cv-02450-WSD-WEJ |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS DFS SERVICES, LLC AND DISCOVER FINANCIAL SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Defendants DFS Services, LLC and Discover Financial Services, Inc. (collectively, "Discover"), appearing specially without waiving any defenses including the right to arbitrate these claims in accordance with the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq., and without subjecting themselves to jurisdiction in this matter, and with the consent of Plaintiff Shimshon Wexler ("Plaintiff"), hereby move for an extension of time for Discover to answer, object, plead, move or otherwise respond to

the Complaint in this action. In support of this Consent Motion, Discover and Plaintiff show the Court as follows:

Plaintiff filed this action on July 30, 2014. Plaintiff and Discover have been exploring the possibility of an amicable resolution and filed a Consent Motion to Extend Time for Discover to Respond to Plaintiff's Complaint (Doc. # 5) so that the parties could discuss settlement. The Court granted the Motion and entered an Order (Doc. # 6) extending the time for Discover to respond to the Complaint to and including September 4, 2014. Plaintiff and Discover have used the additional time to continue discussions and they agree that another extension will help further their efforts to resolve this dispute. Accordingly, Discover and Plaintiff respectfully request an extension of time for Discover to respond to the Complaint to and including September 18, 2014. This request is made before the deadline to answer, object, plead, move or otherwise respond to the Complaint has expired.

WHEREFORE, in light of the foregoing, Discover and Plaintiff respectfully request that the Court enter an Order extending the time within which Discover may answer, object, plead, move or otherwise respond to the Complaint to and including September 18, 2014. A proposed Order is attached hereto as Exhibit "A" for the Court's convenience.

Respectfully submitted this 3rd day of September, 2014.

<div style="display: flex;">

s/ John O'Shea Sullivan
John O'Shea Sullivan
Georgia Bar No. 691305
ssullivan@burr.com
Bret A. Beldt
Georgia Bar No. 940327
bbeldt@burr.com

Attorney for DFS Services, LLC and Discover Financial Services, Inc.

BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

s/Shimshon Wexler (by JOS w/express permission
Shimshon Wexler
shimshonwexler@yahoo.com

*Plaintiff pro se*

1411 Dalewood Dr.
Atlanta, GA 30329
Telephone: (212) 760-2400

</div>

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS DFS SERVICES, LLC AND DISCOVER FINANCIAL SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

                                                  s/John O'Shea Sullivan
                                                John O'Shea Sullivan
                                                Georgia Bar No. 691305
                                                ssullivan@burr.com

**BURR & FORMAN LLP**
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile:  (404) 817-3244

21546616 v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2014, I electronically filed the foregoing **CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS DFS SERVICES, LLC AND DISCOVER FINANCIAL SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notice of such filing to the following attorney of record:

>Natalie A. Williams, Esq.
>JONES DAY
>1420 Peachtree Street, N.E.
>Suite 800
>Atlanta, GA 30309

and served a copy of said document on the following through first-class, United States mail, postage prepaid, addressed as follows:

>Shimshon Wexler
>1411 Dalewood Dr.
>Atlanta, Georgia 30329

>s/John O'Shea Sullivan
>John O'Shea Sullivan
>Georgia Bar No. 691305
>ssullivan@burr.com

21546616 v2

**BURR & FORMAN LLP**
171 Seventeenth Street
Suite 1100
Atlanta, Georgia  30363
Telephone:   (404) 815-3000
Facsimile:   (404) 817-3244

21546616 v2