IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:14-CV-2450-WSD-WEJ |
| DFS SERVICES, LLC, et al, | |
| Defendants. | |

## **ORDER**

This matter is before the Court on the parties' Consent Motion to Extend Time for Defendants DFS Services, LLC and Discover Financial Services to Respond to Plaintiff's Complaint [8]. The Court **GRANTS** the Motion and extends the time for those defendants to respond to the Complaint through September 18, 2014.

**SO ORDERED**, this 4th day of September, 2014.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE