IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER,<br><br>      Plaintiff,<br><br>v.<br><br>DFS SERVICES, LLC; DISCOVER FINANCIAL SERVICES, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO. 1:14-cv-02450-WSD-WEJ |

## CONSENT ORDER OF DISMISSAL

Plaintiff Shimshon Wexler ("Plaintiff") and Defendants DFS Services, LLC and Discover Financial Services, Inc. (collectively, "Discover") having consented and presented the Consent Motion for Order of Dismissal With Prejudice, and for good cause shown, the Court hereby GRANTS the Consent Motion for Order of Dismissal With Prejudice.

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), all of Plaintiff's claims against Discover are dismissed with prejudice. Plaintiff and Discover shall each bear their own attorneys' fees and court costs.

21665859 v1

**SO ORDERED**, this 18th day of September, 2014.

*/s/ William S. Duffey*
Judge, United States District Court
Northern District of Georgia

21665859 v1