FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 3 0 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
-----------------------------------------X
SHIMSHON WEXLER

    Plaintiff,     Case 1:14-cv-02450-WSD-WEJ

  v.

DFS SERVICES, LLC;
DISCOVER FINANCIAL SERVICES, Inc. and
EXPERIAN INFORMATION SOUTIONS, Inc.

    Defendants.
-----------------------------------------X

**AFFIDAVIT OF SERVICE OF DISCOVERY REQUESTS (FILED WITH THE COURT PURSUANT TO LOCAL RULE 5.4)**

I, Shimshon Wexler, hereby declare under the penalty of perjury, as described at 28 USC 1746, that on 9/29 2014, I emailed the first set of Discovery Requests and I mailed via first class mail with proper postage the foregoing papers to counsel for Experian at:

(Experian)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309

Dated: 9-29-14

              _____
              Shimshon Wexler



*Shimshon Wexler*
*1411 Dalewood Dr.*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

September 29, 2014

VIA Regular Mail
Richard B. Russell Federal Building and Courthouse
Attention: Clerk's Office
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361

RE:   Wexler v Discover et al., N.D.GA. (Atlanta Division) Case No. 1:14-cv-02450-WSD-WEJ

Dear Clerk's Office:

    Please file the enclosed affidavit/certificate of service of Plaintiff's first set of discovery requests.

    Please call me with any questions or concerns.

Thank you,

_____
Shimshon Wexler