IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, | |
| Plaintiff pro se, | CIVIL ACTION NO. |
| v. | 1:14-CV-02450-WSD-WEJ |
| EXPERIAN INFORMATION SOLUTIONS, INC.., | |
| Defendant. | |

### **ORDER**

The docket sheet in this case indicates that defendant filed its Answer on August 21, 2014. Local Rule 16.2 requires the parties to file a Joint Preliminary Report and Discovery Schedule within thirty (30) days after the answer. N.D. Ga. R. 16.2. The parties failed to do so and that deadline has expired.

Accordingly, the Court **ORDERS** the parties to file a joint or separate Preliminary Report and Discovery Schedule within **FOURTEEN(14) DAYS** of the date of this Order.[1] The Clerk is **DIRECTED** to resubmit this action to the undersigned Magistrate Judge upon expiration of the above-allotted time period if the parties have not filed the proper document.

---

[1] Local Rule 16.2 permits pro se litigants and opposing counsel to file separate statements. See N.D. Ga. R. 16.2.

**SO ORDERED**, this 15th day of October, 2014.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE