# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: |
| ) | |
| DFS SERVICES, LLC, DISCOVER ) | 1:14-cv-02450-WSD-WEJ |
| FINANCIAL SERVICES, INC., and ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. | |

## L.R. 26.3 CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc. ("Experian") hereby certifies that a copy of Experian's INITIAL DISCLOSURES were served upon the following individuals and counsel of record on October 16, 2014 via mail, postage prepaid:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

- 2 -

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit*
*Information Services, Inc.*

Dated: October 16, 2014                    Respectfully submitted,


                                           /s Natalie A. Williams
                                           Natalie A. Williams
                                           Georgia Bar No. 622660
                                           JONES DAY
                                           1420 Peachtree Street, N.E.
                                           Atlanta, Georgia  30309-3053
                                           nwilliams@jonesday.com
                                           Telephone:  (404) 581-3939
                                           Facsimile:  (404) 581-8330

                                           *Attorney for Defendant*
                                           *Experian Information Solutions, Inc.*

- 3 -

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated:  October 16, 2014                          Respectfully submitted,


                                                  s/ Natalie A. Williams
                                                  Natalie A. Williams

                                                  *Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record.  I have also served the foregoing via U.S. mail, postage prepaid, to Plaintiff.

s/ Natalie A. Williams
Natalie A. Williams

*Attorney for Defendant Experian Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Brian James Olson
King & Spalding, LLP
40th Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

*Attorney for Equifax Credit Information Services, Inc.*