**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **SHIMSHON WEXLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:** |
| | ) | |
| **DFS SERVICES, LLC, DISCOVER** | ) | **1:14-cv-02450-WSD-WEJ** |
| **FINANCIAL SERVICES, INC., and** | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.,** | ) | |
| | | |
| **Defendants.** | | |

## L.R. 26.3 AMENDED CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc.

("Experian") hereby certifies that a copy of Experian's  INITIAL DISCLOSURES

were served upon the following individuals and counsel of record on October 16,

2014 via mail, postage prepaid:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

Dated: October 16, 2014                    Respectfully submitted,


                                           /s Natalie A. Williams
                                           Natalie A. Williams
                                           Georgia Bar No. 622660
                                           JONES DAY
                                           1420 Peachtree Street, N.E.
                                           Atlanta, Georgia  30309-3053
                                           nwilliams@jonesday.com
                                           Telephone:  (404) 581-3939
                                           Facsimile:  (404) 581-8330

                                           *Attorney for Defendant*
                                           *Experian Information Solutions, Inc.*

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE

OF INITIAL DISCLOSURES has been prepared in Times New Roman 14 point

font in accordance with Local Rule 5.1.

Dated:  October 16, 2014                        Respectfully submitted,


                                                s/ Natalie A. Williams
                                                Natalie A. Williams

                                                *Attorney for Defendant Experian*
                                                *Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES with the Clerk of Court using the CM/ECF system.  I have also served the foregoing via U.S. mail, postage prepaid, to Plaintiff.

s/ Natalie A. Williams
Natalie A. Williams

*Attorney for Defendant Experian Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*