IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: |
| ) | |
| EXPERIAN INFORMATION ) | 1:14-cv-02450-WSD-WEJ |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

**L.R. 26.3 CERTIFICATE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS**

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc. ("Experian") hereby certifies that a copy of Experian's FIRST REQUEST FOR PRODUCTION TO PLAINTIFF and FIRST SET OF INTERROGATORIES TO PLAINTIFF were served upon the following individual on November 3, 2014 via U.S. Mail by mailing a copy of same, postage prepaid, to:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

- 2 -

Dated: November 3, 2014                    Respectfully submitted,


                                           */s/ A. James Spung*
                                           A. James Spung
                                           Georgia Bar No. 768931
                                           JONES DAY
                                           1420 Peachtree Street, N.E.
                                           Atlanta, Georgia  30309-3053
                                           jspung@jonesday.com
                                           Telephone:  (404) 581-3939
                                           Facsimile:  (404) 581-8330

                                           *Attorney for Defendant*
                                           *Experian Information Solutions, Inc.*

- 2 -

- 3 -

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated:  November 3, 2014                    Respectfully submitted,


                                            */s/ A. James Spung*
                                            A. James Spung

                                            *Attorney for Defendant*
                                            *Experian Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS with the Clerk of Court using the CM/ECF system.  I have also served the foregoing via U.S. mail, postage prepaid, to Plaintiff.

>/s/ A. James Spung
>A. James Spung
>
>*Attorney for Defendant*
>*Experian Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*