FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 17 2014

By: JAMES N. HATTEN, Clerk

Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. |
| ) | |
| EXPERIAN INFORMATION ) | 14-cv-2450-WSD-WEJ |
| SOLUTIONS, INC., ) | |
| Defendants. ) | |
| ) | |
| ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __12-16-14__, I caused Plaintiff's response to Experian first request for production of documents and interrogatories to be served to the individuals below.

Shimshon Wexler

**SERVICE LIST**

James Spung
JONES DAY
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309



*Shimshon Wexler*
*1411 Dalewood Dr. NE*
*Atlanta, GA 30329*
*Tel (212)760-2400*
*Fax (917)512-6132*
shimshonwexler@yahoo.com

December 16, 2014

<u>Via Regular Mail</u>
Richard B. Russell Federal Building and Courthouse
Attention: Clerk's Office
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361

RE:   Wexler v Experian, N.D.GA. (Atlanta Division) Case No. 1:14-cv-02450-WSD-WEJ

Dear Clerk's Office:

    Please file the enclosed affidavit/certificate of service.

    Please call me with any questions or concerns.

                      Thank you,

                        Shimshon Wexler