IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: |
| ) | |
| EXPERIAN INFORMATION ) | 1:14-cv-02450-WSD-WEJ |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

**L.R. 26.3 CERTIFICATE OF SERVICE OF NOTICE OF DEPOSITION OF PLAINTIFF**

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc. ("Experian") hereby certifies that a copy of Experian's NOTICE OF DEPOSITION OF PLAINTIFF was served upon the following individual on December 22, 2014 via mail, postage prepaid:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*

- 2 -

Dated: December 30, 2014                     Respectfully submitted,


                                             /s A. James Spung
                                             A. James Spung
                                             Georgia Bar No. 768931
                                             JONES DAY
                                             1420 Peachtree Street, N.E.
                                             Atlanta, Georgia  30309-3053
                                             jspung@jonesday.com
                                             Telephone:  (404) 581-3939
                                             Facsimile:  (404) 581-8330

                                             *Attorney for Defendant*
                                             *Experian Information Solutions, Inc.*

- 3 -

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF NOTICE OF DEPOSITION OF PLAINTIFF has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated:  December 30, 2014				Respectfully submitted,


						s/ A. James Spung
						A. James Spung

						*Attorney for Defendant Experian*
						*Information Solutions, Inc.*

- 4 -

## CERTIFICATION OF SERVICE

I hereby certify that I have this day served the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF NOTICE OF DEPOSITION OF PLAINTIFF via U.S. mail, postage prepaid, to Plaintiff.

s/ A. James Spung
A. James Spung

*Attorney for Defendant Experian Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*