IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.  1:14-cv-02450-WSD-WEJ |

## NOTICE OF APPEARANCE OF DAVID H. BOUCHARD FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

PLEASE TAKE NOTICE THAT David H. Bouchard, of the law firm of Jones Day, hereby enters his appearance as counsel of record on behalf of Defendant Experian Information Solutions, Inc. ("Experian").

Dated: January 7, 2015

Respectfully submitted,

*/s/ David H. Bouchard*
David H. Bouchard
Georgia Bar No. 712859
JONES DAY
1420 Peachtree St. NE, Ste. 800
Atlanta, GA  30309-3053
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
dbouchard@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

The undersigned certifies, pursuant to LR 5.1C, that this document has been prepared in Times New Roman, 14 point, as approved by the Court.

*/s/ David H. Bouchard*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329
*Plaintiff, pro se*

                                        */s/ David H. Bouchard*
                                        David H. Bouchard
                                        Georgia Bar No. 712859