IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DFS SERVICES, LLC, DISCOVER ) <br> FINANCIAL SERVICES, INC., and ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC., ) <br> ) <br> Defendants. | CASE NO.: <br><br> 1:14-cv-02450-WSD-WEJ |

### L.R. 26.3 CERTIFICATE OF SERVICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES

Pursuant to Local Rule 26.3, Experian Information Solutions, Inc. ("Experian") hereby certifies that a copy of Experian's SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES was served upon the following individual on January 12, 2015 via regular U.S. mail, postage prepaid:

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*


Dated: January 12, 2015                     Respectfully submitted,


/s A. James Spung
A. James Spung
Georgia Bar No. 768931
JONES DAY
1420 Peachtree Street, N.E.
Atlanta, Georgia  30309-3053
jspung@jonesday.com
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330

*Attorney for Defendant
Experian Information Solutions, Inc.*

- 3 -

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify that the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated:  January 12, 2015                    Respectfully submitted,

                                            s/ A. James Spung
                                            A. James Spung

                                            *Attorney for Defendant Experian*
                                            *Information Solutions, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that I have this day electronically filed the foregoing L.R. 26.3 CERTIFICATE OF SERVICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES with the Clerk of Court using the CM/ECF system.  I have also served the foregoing via regular U.S. mail, postage prepaid, to Plaintiff.

        s/ A. James Spung
        A. James Spung

        *Attorney for Defendant Experian*
        *Information Solutions, Inc.*

## SERVICE LIST

Shimshon Wexler
1411 Dalewood Drive
Atlanta, GA 30329

*Plaintiff*