### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| SHIMSHON WEXLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE** |
| ) | **NO.: 1:14-CV-02450-WSD-WEJ** |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### NOTICE OF SETTLEMENT

Comes now, the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., and hereby files this Notice of Settlement and in support thereof states the following:

1. All matters at issue between the Plaintiff and Experian Information Solutions, Inc., have been resolved.

2. Defendant anticipates all settlement documents will be executed and dismissals filed in this action within thirty (30) days.

Dated:  January 21, 2015 /s/ *A. James Spung*
A. James Spung
Georgia Bar No. 768931
Jones Day
1420 Peachtree Street, Suite 800
Atlanta, GA  30309
Email: jspung@jonesday.com
Tel.: (404) 581-3939
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing via U.S. mail, postage prepaid, to Plaintiff, at the following address:

Shimshon Wexler
1411 Dalewood Dr. NE
Atlanta, GA 30329

s/ A. James Spung
A. James Spung

*Attorney for Defendant Experian Information Solutions, Inc.*